IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
AUGUSTA DIVISION

PATRICIA C. FLOURNOY,

    Petitioner-Appellant,

VS.

CML-GA WB, LLC, et al,

    Respondents-Appellees.

USDC #: CV114-161

USCA #: 16-10073-F

## ORDER

The Appeal of the Judgment of this Court in the above case having been AFFIRMED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated December 10, 2015 is final in all respects.

This 3rd day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA